UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

_____
                                                                              )
**United States of America**                                  )
                                                                              )
                                                                              )  Case No. 6:11-cr-22-Orl-22GJK
**Petitioners,**                                                       )
                                                                              )
**v.**                                                                      )
                                                                              )
**RAFAELA DUTRA TORO**                              )
_____)

## **EMEREGENCY MOTION FOR CONTINUANCE OF SENTENCING**

Emilord Orcullo, Jessie Panaguitan, Teresita Aquino, Jim Cacalda, Jocelyn Cacalda, Loida Resurrecion, Loreto Espinoza, Sabrina Tan, and Tim Tulio hereby move this Court to continue the sentencing in this matter scheduled for January 26, 2012 so that they may be meaningfully heard.

Docket entries 99-1, 99-1, 99-2, 99-3, 99-4, 99-5 and 99-6 are not readable through the ECF system because the scans are only partial scans of the documents. These documents appear to be documents submitted in connection with the H-2B applications of the victims and may support the victims' claims if the victims are able to review the documents in their entirety, instead of the partial scans that exist in the ECF docket entries. The requested continuance is necessary for movants to seek full documentation of 99-1, 99-1, 99-2, 99-3, 99-4, 99-5 and 99-6.

Because of local rules limiting admission of counsel who are not admitted to the Florida state bar, the movants in this matter were unable to file their motion for continuance earlier despite due diligence of counsel in obtaining *pro hac vice* admission and an ECF account with this Court.

Pursuant to 18 U.S.C. § 3771 the victims have statutory rights to reasonable notice of these proceedings; to be reasonably heard at any public proceedings involving the plea and sentencing.  Their right to reasonable, accurate, and timely notice of these proceedings and their right to be reasonably heard at sentencing will become moot if their motion for continuance of the sentencing is not granted. *United States v. Cone*, 2009 U.S. Dist. LEXIS 74253 (M.D. Fla. Aug. 12, 2009)(motion to deny motion to vacate POF's pursuant to CVRA moot after Court granted motion).

The grounds for this motion and accompanying motions are explained in the accompanying supporting memorandum.

Accordingly, movants have established good cause for the requested continuance so they may be meaningfully heard pursuant to the Crime Victims Rights Act ("CVRA"), 18 U.S.C. § 3771.

Respectfully submitted this 25th day of January, 2012.

<u>s/Chris Pooley</u>
Chris Pooley, Esq.
Attorney for Victims
Law Office of Chris Pooley, Esq.
PO Box 5130
Avon, CO  81620-5130
970-845-7474 (tel)
970-845-0155 (fax)
cpooley2009@gmail.com

## CERTIFICATION

Pursuant to Local Rule 3.01(g), movants, through counsel, have made a good faith effort to confer with the other parties to this action in an effort to resolve the issues raised by this motion.

U.S. v. RAFAELA DUTRO TORO          Case No 6:11-cr-22-Orl-22GJK

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2012, I submitted the foregoing with the Clerk of the Court which will send a notice of electronic filing to the following:

Stephanie E. Gorman
Special Assistant United States Attorney
Florida Bar No. 0961531
501 West Church Street, Suite 300
Orlando, FL  32805
Telephone:  (407) 648 -7500
Facsimile:  (407) 648-7643
Email:  Stephanie.Gorman@usdoj.gov

Michael William Nielsen
Dowdy & Nieldon
720 W SR 434
Winter Springs, FL  32708
Telephone:  (407) 327-5865
Fax:  (407) 327-0384
Email:  downiel@bellsouth.net
LEAD ATTORNEY
ATTORNEY TO BE NOTICES
Designation:  CJA Appointment

s/Chris Pooley
Chris Pooley, Esq.
Attorney for Victims
Law Office of Chris Pooley, Esq.
PO Box 5130
Avon, CO  81620-5130
970-845-7474 (tel)
970-845-0155 (fax)
cpooley2009@gmail.com